IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| EDGAR CORTES-CASTILLO, et al., | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 3:21-CV-2093-BH |
| | § | |
| ONE TIME CONSTRUCTION TEXAS LLC, et al., | § § § | |
| Defendants. | § | Consent Case[1] |

### ORDER

Before the Court is *Plaintiffs' Motion for Attorney's Fees and Recoverable Expenses*, filed July 31, 2023 (doc. 64).

The defendants may file a response *and brief containing citations to relevant authorities*[2] no later than **Monday, August 21, 2023**.  The plaintiffs may file a reply no later than **Monday, September 4, 2023**.

At this time, no hearing will be scheduled on this matter.

**SO ORDERED**, on this 1st day of August, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Irma Carrillo Ramirez
　　　　　　　　　　　　　　　　　　　　　　　　　　　IRMA CARRILLO RAMIREZ
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] By order filed November 17, 2021 (doc. 14), this matter has been transferred for the conduct of all further proceedings and the entry of judgment.

[2] Local Rule 7.1 of the Local Civil Rules for the Northern District of Texas requires the filing of briefs in support of most motions.  Pursuant to subsection (d), briefs shall contain a "party's contentions of fact and/or law, and arguments and *authorities*."  (emphasis added).  Briefs containing authorities greatly assist the Court in making rulings more expeditiously.

- 1 -